IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIACELL, INC., et al. | : |
|     Plaintiffs | : |
| |  MDL Docket No. 5-md-1660 GMS |
| v. | : Civil Action No. 04-1335 GMS |
| PHARMASTEM, INC. | : |
|     Defendant | : |

## O R D E R

WHEREAS, on October 5, 2004, a complaint was filed in the above-captioned case;

WHEREAS, on October 8, 2004, the plaintiff, Viacell, Inc., filed a motion for preliminary injunction (D.I. 4). A response was filed on October 26, 2004 (D.I. 18), and a reply was filed on October 29, 2004 (D.I. 31);

WHEREAS, on October 27, 2004, Pharmastem, Inc. filed a motion to quash subpoena (D.I. 20). A response was filed on November 10, 2004 (D.I. 43), and the reply brief was filed on December 22, 2004 (D.I. 57);

WHEREAS, on October 29, 2004, Pharmastem, Inc. filed a motion to dismiss (D.I. 28). A response was filed on December 20, 2004 (D.I. 56), and the reply brief was filed on January 7, 2005 (D.I. 58);

WHEREAS, on February 17, 2005, a Transfer Order from the Judicial Panel on Multidistrict Litigation, including this action, was filed in the District of Delaware;

WHEREAS, on July 19, 2005, the court issued a Practice and Procedure Order in MDL 05-md-1660 GMS, scheduling an initial pretrial conference on October 6, 2005;

Accordingly, IT IS ORDERED THAT:

1. The Plaintiff's Motion for Preliminary Injunction (D.I. 4) is hereby DENIED WITHOUT PREJUDICE;

2. The Defendant's Motion to Quash Subpoena (D.I. 20) is hereby DENIED WITHOUT PREJUDICE;

3. The Defendant's Motion to Dismiss (D.I. 28) is hereby DENIED WITHOUT PREJUDICE;


September 7, 2005                    /s/ Gregory M. Sleet
                                     UNITED STATES DISTRICT JUDGE