IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIACELL INC., CRYO-CELL INTERNATIONAL, INC. and CORCELL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PHARMASTEM THERAPEUTICS, INC., <br><br> Defendant. | ) ) ) ) Civil Action No. 04-1335-GMS ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Jameson A.L. Tweedie of Richards, Layton & Finger is substituted for Alyssa M. Schwartz of Richards, Layton & Finger, as counsel for ViaCell, Inc. in the above-captioned matter. Jeffrey L. Moyer and Richards, Layton & Finger continue to represent ViaCell Inc. in this matter.

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
Jameson A.L. Tweedie (#4927)
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
  Attorneys for ViaCell Inc.

Dated: January 19, 2007

RLF1-3089024-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I do hereby certify that, on January 19, 2007, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**VIA HAND DELIVERY**

Peter C. Hughes, Esq.
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE  19899

Richard D. Kirk, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

William F. Abrams, Esq.
Chang H. Kim, Esq.
Thomas F. Chaffin, Esq.
2475 Hanover Street
Palo Alto, CA  94304-1114

James J. Rodgers, Esq.
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Paul F. Ware, Jr., P.C.
Goodwin Procter, LLP
Exchange Place
Boston, MA  02109-2881

Michael J. Beck, Esq.
Clerk, MDL Judicial Panel
One Columbus Circle, NE
Room G-255, Federal Bldg.
Washington, DE  20002-8004

_____
Jameson A. L. Tweedie (#4927)